Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(to be admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for SMART Technologies Inc.,
Apax Partners, David A. Martin,
Nancy L. Knowlton, G.A. Fitch, Salim Nathoo
and Arvind Sodhani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**DECLARATION OF ANDREW W. STERN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION OR IN THE ALTERNATIVE DISMISS OR STAY THIS ACTION AND STRIKE THE CLASS ALLEGATIONS**<br><br>Date:     March 13, 2012<br>Time:    1:00 P.M.<br>Place:   Courtroom 1, 4th Floor |

I, Andrew W. Stern, declare as follows:

1. I am an attorney with the law firm of Sidley Austin LLP, counsel for Defendants SMART Technologies Inc. ("SMART"), Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani (the "SMART Defendants," and, together with the other named defendants, "Defendants"). I have personal knowledge of all facts in this declaration and would, if called upon to do so, testify competently thereto.

2. I make this declaration in support of Defendants' Motion to Transfer this Action or in the Alternative to Dismiss or Stay this Action and Strike the Class Allegations.

3. On January 26, 2011, plaintiff Thomas McKenna filed a putative class action in the United States District Court for the Northern District of Illinois on behalf of the purchasers of the Class A Subordinate Voting Shares of SMART pursuant to SMART's July 20, 2010 initial public offering ("IPO"). Mr. McKenna asserted claims under the Securities Act of 1933 based upon allegations of materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO. Attached as Exhibit 1 hereto is a true and correct copy of the original complaint in *McKenna v. SMART Technologies Inc.*, Case No. 11-CV-583 (N.D. Ill. Jan. 26, 2011) ("*McKenna*").

4. On November 4, 2011, the Lead Plaintiff in *McKenna* filed an amended complaint (the "amended *McKenna* complaint"). Attached as Exhibit 2 hereto is a true and correct copy of the amended *McKenna* complaint.

5. On March 15, 2011, the *McKenna* defendants moved, pursuant to 28 U.S.C. § 1404, to transfer *McKenna* to the Southern District of New York. Judge Edmond Chang of the Northern District of Illinois granted the *McKenna* defendants' motion to transfer on October 14, 2011. *McKenna* is now pending in the Southern District of New York before Judge Katherine B. Forrest, under Case No. 11-CV-7673. Attached as Exhibit 3 hereto is a true and correct copy of Judge Chang's October 14, 2011 order granting the motion to transfer.

6. On June 16, 2011, Judge Chang, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") appointed as Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust ("City of Miami Trust"), and approved City of Miami

**DECL. OF ANDREW W. STERN ISO DEFS.' MOTION TO TRANSFER OR IN THE ALTERNATIVE DISMISS OR STAY THIS ACTION AND STRIKE THE CLASS ALLEGATIONS – CASE NO. 11 CV 5232**

-1-

1 Trust's selection of Bernstein Litowitz Berger & Grossman LLP ("Bernstein Litowitz") as lead
2 counsel. Attached as Exhibit 4 hereto is a true and correct copy of Judge Chang's order appointing
3 City of Miami Trust as Lead Plaintiff.

4   7.  On August 19, 2011, Lead Plaintiff City of Miami Trust dismissed the underwriter
5 defendants from *McKenna* pursuant to Fed. R. Civ. P. 41(a)(1), subject to a tolling agreement.
6 Attached as Exhibit 5 hereto is a portion of the transcript of proceedings before Judge Chang on
7 October 5, 2011. Attached as Exhibit 6 hereto is a true and correct copy of the notice of dismissal
8 filed by counsel for the Lead Plaintiff in *McKenna*.

9   8.  In December 2010, prior to *McKenna* being filed, two complaints were filed in the
10 Southern District of New York, *Huffstetter v. SMART Technologies Inc.* and *DeMontravel v. SMART*
11 Technologies *Inc.*, respectively, alleging claims that were substantively identical to *McKenna*. The
12 named plaintiffs in these two actions distributed notice to the putative class pursuant to the PSLRA.
13 Attached as Exhibit 7 hereto are true and correct copies of the class notices disseminated by the
14 named plaintiffs, Messrs. Huffstetter and DeMontravel.

15   9.  Messrs. Huffstetter and DeMontravel voluntarily dismissed their complaints on
16 February 4, 2011, shortly after Mr. McKenna filed his complaint in the Northern District of Illinois.
17 Attached as Exhibit 8 hereto are true and correct copies of the notices of voluntary dismissal filed by
18 Messrs. Huffstetter and DeMontravel.

19   Executed this 8th day of November, 2011, at New York, New York

                */s/ Andrew W. Stern*
                Andrew W. Stern
              (*pro hac* application to be submitted)