```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


   THOMAS McKENNA,                  )
                                    )
              Plaintiff,            )
                                    )
      vs.                           )  No. 11 CV 00583
                                    )
   SMART TECHNOLOGIES, INC.,        )  Chicago, Illinois
   et al.,                          )  October 5, 2011
                                    )  8:30 o'clock a.m.
              Defendants.           )


           TRANSCRIPT OF PROCEEDINGS - MOTION
          BEFORE THE HONORABLE EDMOND E. CHANG


   APPEARANCES:

   For the Plaintiff:       BERNSTEIN, LITOWITZ, BERGER &
                            GROSSMANN LLP
                            MR. AVI JOSEFSON
                            2835 North Sheffield Avenue
                            Chicago, Illinois 60657
                            avi@blbglaw.com



   For the Defendants:      SIDLEY AUSTIN, LLP
                            MS. HILLE von ROSENVINGE SHEPPARD
                            MR. ANDREW W. STERN
                            One South Dearborn Street
                            Chicago, Illinois 60603
                            hsheppard@sidley.com



   Court Reporter:          FEDERAL OFFICIAL COURT REPORTER
                            MS. KRISTA FLYNN BURGESON
                            219 South Dearborn Street
                            Chicago, Illinois 60604
                            (312) 435-5567
                            Krista_Burgeson@ilnd.uscourts.gov
```

1    THE CLERK: 11 C 583, McKenna versus Smart
2 Technologies.
3    MR. JOSEFSON: Good morning, your Honor. Avi
4 Josefson for the plaintiff.
5    MS. SHEPPARD: Hille Sheppard for all of the
6 remaining defendants.
7    MR. STERN: Andrew Stern, also for the defendants.
8    THE COURT: But not for the underwriter defendants
9 who are out of the case?
10    MR. STERN: Correct, your Honor.
11    THE COURT: Okay.
12    So, I guess I only had one question, and then I will
13 rule promptly on this, the venue transfer motion to New York.
14    The three underwriter defendants are out of the case,
15 but does the plaintiff have any reason to believe that these
16 -- that the underwriter employees, specifically Morgan
17 Stanley's employees, would not at some point be deposed or the
18 subject of discovery in the case?
19    MR. JOSEFSON: The underwriter defendants were
20 dismissed. We do have a tolling agreement with them, so there
21 is some possibility that they could come in the case again, so
22 your Honor is aware of that, but it is not anticipated at this
23 point, as long as the underwriter defendants are out of the
24 case. We haven't seen any discovery yet, it is impossible to
25 say for certain, but I think it is relatively unlikely that we