# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS McKENNA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC. and RBC DOMINION SECURITIES INC.,<br><br>　　　　　　　　　Defendants. | No. 11-CV-00583<br><br>Judge Edmond E. Chang |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust hereby voluntarily dismisses Morgan Stanley & Co. Incorporated, Deutsche Bank Securities, Inc. and RBC Dominion Securities Inc. (the "Underwriter Defendants") from this action pursuant to Federal Rule of Civil Procedure 41(a)(1) without prejudice and without costs. This voluntary dismissal of claims against the Underwriter Defendants is not intended to affect Lead Plaintiff's claims in this case against any Defendant other than the Underwriter Defendants.

Dated: August 19, 2011

                                         BERNSTEIN LITOWITZ BERGER
                                           & GROSSMANN LLP

                                         By:   /s/ Avi Josefson
                                         Avi Josefson
                                         2835 N. Sheffield Avenue, Suite 409
                                         Chicago, Illinois 60657
                                         Telephone: (773) 883-5382
                                         Facsimile: (212) 554-1444
                                         avi@blbglaw.com
                                         Illinois Bar No. 6272453

                                         *Counsel for Lead Plaintiff the City of Miami*
                                         *General Employees' and Sanitation Employees'*
                                         *Retirement Trust and Lead Counsel for the Class*