# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DeMONTRAVEL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES INC., and RBC DOMINION SECURITIES INC.,<br><br>Defendants. | Civil Action No.  1:10-cv-09054-TPG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Roger DeMontravel hereby voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a), without prejudice.

Dated: February 4, 2011
      New York, New York

                                      Respectfully submitted,

By:\_\_\_\_/s/  Kim Miller_____

KIM MILLER
**KAHN SWICK & FOTI, LLC**
500 5th Avenue, Suite 1810
New York, New York 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

LEWIS S. KAHN
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Tel.: (504) 455-1400
Fax:  (504) 455-1498
Email: lewis.kahn@ksfcounsel.com

**Attorneys for Plaintiff**



| | |
|---|---|
| Abraham Fruchter & Twersky LLP | One Penn Plaza   Tel: 212.279.5050 <br> Suite 2805   Fax: 212.279.3655 <br> New York, NY 10119   www.aftlaw.com |

February 4, 2011

BY HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007-1312

  Re: *Huffstetter v. Smart Technologies, Inc. et al.*, No. 10-CV-09139 (TPG)

Dear Judge Griesa:

  We represent Plaintiff Larry Huffstetter in the above-captioned action, and write to provide Your Honor with a copy of the Notice of Voluntary Dismissal Without Prejudice that we filed electronically today on behalf of Mr. Huffstetter pursuant to Federal Rule of Civil Procedure 41(a).  We note that several parties have filed motions seeking to be appointed Lead Plaintiff in this action pursuant to the Private Securities Litigation Reform Act.  Those movants have conferred, and we can represent to the Court that no movant opposes the voluntary dismissal of this action without prejudice.

          Respectfully submitted,

          Jack G. Fruchter

Enclosure

cc.: All Counsel (by electronic mail, without enclosure).