Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(to be admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc., Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>Date:   March 13, 2012<br>Time:   1:00 P.M.<br>Place:  Courtroom 1, 4th Floor |

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, CASE NO. 11 CV 5232**

NY1 7852292v.1

**TO THE COURT AND TO PLAINTIFFS:**

Pursuant to United States District Court for the Northern District of California Local Rule 3-13, Defendants hereby give notice that the above-captioned action involves all or a material part of the same subject matter and all or substantially all of the same parties as the following action and proceeding, pending in the U.S. District Court for the Southern District of New York:

- ***McKenna v. SMART Technologies, Inc.*, No. 11 CV 07673 (S.D.N.Y. filed Jan. 26, 2011) ("McKenna").** On January 26, 2011, plaintiff Thomas McKenna filed a putative class action in U.S. District Court for the Northern District of Illinois on behalf of the purchasers of SMART Technologies, Inc. ("SMART") common stock pursuant to SMART's July 2010 Initial Public Offering ("IPO"). The putative class in *McKenna* is identical to the putative class in the above-captioned action. As in the above-captioned action, Mr. McKenna asserted claims under the Securities Act of 1933 based upon alleged materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO. On March 15, 2011, the defendants in *McKenna*, who are substantially the same parties in the above-captioned action, moved to transfer that action, in the interest of convenience for the parties and witnesses, to the U.S. District Court for the Southern District of New York. On June 16, 2011, the *McKenna* court appointed a lead plaintiff and approved the lead plaintiff's selection of lead counsel pursuant to the Private Securities Litigation Reform Act ("PSLRA"). On October 17, 2011, the *McKenna* court granted the defendants' motion and transferred the action to the Southern District of New York, where it is pending before Hon. Katherine B. Forrest.[1]

In light of the duplicative nature of the two actions, and in an effort to avoid (1) placing an unnecessary burden on the federal judiciary and (2) the potential for conflicting judgments, Defendants are filing concurrently with this Court a motion to transfer the instant action to the

---

[1] Plaintiffs have incorrectly named Deutsche Bank AG as a defendant in this action, apparently in the belief that Deutsche Bank AG was an underwriter of the IPO. But Deutsche Bank AG had nothing to do with the IPO and should not be a defendant in this action ― Deutsche Bank Securities Inc. (which is not named as a defendant in this action) was an underwriter of the IPO.

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, CASE NO. 11 CV 5232**
-1-

NY1 7852292v.1

Southern District of New York or, in the alternative, to dismiss or stay the instant action.

DATED:  November 8, 2011            Respectfully submitted,

SIDLEY AUSTIN LLP


                           */s/*  SARA B. BRODY
SARA B. BRODY
sbrody@sidley.com
555 California Street, 19th Floor
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400


<u>Of Counsel</u>:
Andrew W. Stern *(to be admitted pro hac)*
astern@sidley.com
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599

*Attorneys for Defendants SMART Technologies Inc., Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani*


GIBSON, DUNN & CRUTCHER LLP


                           */s/*  PAUL J. COLLINS
PAUL J. COLLINS (SBN 187709)
pcollins@gibsondunn.com
1881 Page Mill Road
Palo, Alto, CA 94304
Telephone: (650) 849-5309
Facsimile: (650) 849-5009

*Attorneys for Defendant Intel Corporation*

---

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, CASE NO. 11 CV 5232**
-2-
NY1 7852292v.1

| | |
|---|---|
| 1 | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 2 | |
| 3 | |
| 4 |       */s/  JERRY L. MARKS* |
| | JERRY L. MARKS (SBN 135395) |
| 5 | jmarks@milbank.com |
| | 601 South Figueroa Street, 30th Floor |
| 6 | Telephone: (213) 892-4550 |
| | Facsimile: (213) 892-4750 |
| 7 | |
| 8 | Of Counsel: |
| | Scott A. Edelman |
| 9 | sedelman@milbank.com |
| | Douglas W. Henkin |
| 10 | dhenkin@milbank.com |
| | One Chase Manhattan Plaza |
| 11 | New York, New York  10005 |
| 12 | Telephone:  (212) 530-5100 |
| | Facsimile:  (212) 530-5219 |
| 13 | |
| 14 | *Attorneys for Defendants Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Inc.), Deutsche Bank AG and RBC Dominion Securities Inc.* |
| 15 | |

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, CASE NO. 11 CV 5232**

-3-

NY1 7852292v.1