IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. HARPER, | No. C 11-05232 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| SMART TECHNOLOGIES, | |
| Defendant. | |

YOUR ARE HERE BY NOTIFIED that *Plaintiff's Motion to Remand* set for March 19, 2012 has been moved to *March 13, 2012 at 1:00 p.m.*, in Courtroom 1, 4th Floor, Oakland.

Dated: 11/15/11

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To: