Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(to be admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc., David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo, Arvind Sodhani, and Apax Partners*

[Counsel for Additional Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,

Defendants.

Case No. 11 CV 5232 (SBA)

Assigned to: Hon. Saundra Brown Armstrong

**STIPULATION EXTENDING TIME FOR BRIEFING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO TRANSFER THIS ACTION OR IN THE ALTERNATIVE DISMISS OR STAY THIS ACTION AND STRIKE THE CLASS ALLEGATIONS**

Pursuant to Civil Local Rule 6-1(a), Defendants SMART Technologies Inc., David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo, Arvind Sodhani, Intel Corporation, Apax Partners, Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Inc.), Deutsche Bank AG, and RBC Dominion Securities Inc. ("Defendants"), and Plaintiffs Thomas E. Harper and Dianne Keene ("Plaintiffs"), by and through their respective counsel of record, hereby submit the following stipulation.

WHEREAS, on November 8, 2011, Defendants filed a Motion to Transfer this action or in the alternative Dismiss or Stay this action and Strike the Class Allegations ("Defendants' Motion");

WHEREAS, Plaintiffs intend to oppose Defendants' Motion;

WHEREAS, on November 9, 2011, Plaintiffs filed a Motion to Remand this action ("Plaintiffs' Motion");

WHEREAS, Defendants intend to oppose Plaintiffs' Motion;

WHEREAS, the Local Rules for the Northern District of California require that, unless otherwise ordered, Defendants' Motion would be fully briefed by November 29, 2011 and that Plaintiffs' Motion would be fully briefed by November 30, 2011;

WHEREAS, Plaintiffs and Defendants have conferred about establishing a more flexible schedule for completing briefing on their respective Motions;

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs and Defendants shall file their respective opposition papers in response to the Motions by December 2, 2011.
2. Plaintiffs and Defendants shall file their respective reply papers in support of the Motions by December 16, 2011.

The requested extension will not alter the date of any event or any deadline already fixed by any Court order.

DATED: November 18, 2011

SIDLEY AUSTIN LLP

By: /s/ *Sara B. Brody*
Sara B. Brody

Attorneys for Defendants SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, and APAX PARTNERS

DATED: November 18, 2011

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Paul J. Collins*
Paul J. Collins

Attorneys for Defendant INTEL CORPORATION

DATED: November 18, 2011

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ *Jerry L. Marks*
Jerry L. Marks

Attorneys for Defendants MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC., and RBC DOMINION SECURITIES

DATED: November 18, 2011

SCOTT & SCOTT LLP

By: /s/ *Anne L. Box*
Anne L. Box

Attorneys for Plaintiffs THOMAS E. HARPER and DIANNE KEENE

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

*/s/ Sara B. Brody*

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: ____________________

____________________________________
The Honorable Saundra Brown Armstrong
United States District Court