Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(pro hac vice application pending)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for SMART Technologies Inc.,*
*Apax Partners, David A. Martin,*
*Nancy L. Knowlton, G.A. Fitch, Salim Nathoo*
*and Arvind Sodhani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**DECLARATION OF ANDREW W. STERN IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO DISMISS OR STAY THIS ACTION AND STRIKE THE CLASS ALLEGATIONS**<br><br>Date:  March 13, 2012<br>Time:  1:00 P.M.<br>Place: Courtroom 1, 4th Floor |

I, Andrew W. Stern, declare as follows:

1. I am an attorney with the law firm of Sidley Austin LLP, counsel for Defendants SMART Technologies Inc. ("SMART"), Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani (the "SMART Defendants," and, together with the other named defendants, "Defendants"). I have personal knowledge of all facts in this declaration and would, if called upon to do so, testify competently thereto.

2. I make this declaration in support of Defendants' Motion to Transfer this Action, or in the Alternative, to Dismiss or Stay this Action and Strike the Class Allegations.

3. Attached as Exhibit A is a true and correct copy of a Notice of New Authority Relevant to Defendants' Joint Motion to Transfer the Action to the Eastern District of Pennsylvania Pursuant to 28 U.S.C. § 1404(a), as filed on August 13, 2010 by the defendants in the action captioned *West Palm Beach Police Pension Fund v. Cardionet, Inc., et al.*, No. 3:10-cv-00711-L-NLS, then pending in the United States District Court for the Southern District of California.

4. Attached as Exhibit B is a true and correct copy of a November 29, 2011 letter to the Court from Avi Josefson of Bernstein Litowitz Berger & Grossmann LLP, court-appointed Lead Counsel to Lead Plaintiff City of Miami General Employees' and Sanitation Employees' Retirement Trust in the putative class action captioned *McKenna v. SMART Technologies Inc.*, currently pending in the United States District Court for the Southern District of New York before Judge Katherine B. Forrest, under Case No. 11-CV-7673.

Executed this 16th day of December, 2011, at New York, New York

*/s/ Andrew W. Stern*
Andrew W. Stern
(*pro hac vice application pending*)

---

**DECL. OF ANDREW W. STERN ISO DEFS.' MOTION TO TRANSFER OR IN THE ALTERNATIVE DISMISS OR STAY THIS ACTION AND STRIKE THE CLASS ALLEGATIONS – CASE NO. 11 CV 5232**

-1-