RECEIVED
DEC 22 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JAN - 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. HARPER and DIANNE KEENE,

Plaintiff,

v.

SMART TECHNOLOGIES INC., et al.
(See Addendum)

Defendant.

CASE NO. 11 CV 5232 (SBA)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Isaac S. Greaney, whose business address and telephone number is Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, 212-839-5300

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing See Addendum

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1-3-12

_____
Saundra Brown Armstrong
United States District Judge

## ADDENDUM

**Full caption:**

THOMAS E. HARPER and DIANNE KEENE, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC.,

    Defendants.

Case No. 11 CV 5232 (SBA)

---

**Defendants represented by Mr. Greaney:**

SMART Technologies Inc.,
Apax Partners, David A. Martin,
Nancy L. Knowlton, G.A. Fitch, Salim Nathoo
and Arvind Sodhani

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. HARPER et al, | Case Number: CV11-05232 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SMART TECHNOLOGIES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew W. Stern
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, NY 10019

Anne Louise Box
Scott+Scott LLP
707 Broadway, Suite 1000
San Diego, CA 92101

David R. Scott
Scott & Scott LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415

Isaac S. Greaney
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Jerry L. Marks
Milbank, Tweed, Hadley & MCCloy, LLP
601 S. Figueroa St. 31st Flr
Los Angeles, CA 90017-5735

1 Paul J. Collins
  Gibson, Dunn, Crutcher LLP
2 1881 Page Mill Road
  Palo Alto, CA 94304

3
  Sara B. Brody
4 Sidley Austin LLP
  555 Califonia Street
5 San Francisco, CA 94104

6 Dated: January 3, 2012

                                      Richard W. Wieking, Clerk
7                                       By: Jessie Mosley, Deputy Clerk