Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc., David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo, Arvind Sodhani, and Apax Partners*

[Counsel for Additional Parties Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**STIPULATION AND ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT STATEMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 6-2 and this Court's Standing Orders, Defendants SMART Technologies Inc., David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo, Arvind Sodhani, Intel Corporation, Apax Partners, Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Inc.), Deutsche Bank AG, and RBC Dominion Securities Inc. ("Defendants"), and Plaintiffs Thomas E. Harper and Dianne Keene ("Plaintiffs") (together, the "Parties"), by and through their respective counsel of record, hereby submit the following Stipulation and accompanying Declaration.

WHEREAS, the Parties' initial Case Management Conference is scheduled for February 9, 2012;

WHEREAS, in accordance with the Court's Standing Orders, the Parties must jointly submit a Case Management Statement at least ten (10) days before the date of the Case Management Conference;

WHEREAS, on December 16, 2011, the Parties completed briefing on Defendants' Motion to Transfer this action or in the alternative Dismiss or Stay this action and Strike the Class Allegations;

WHEREAS, on December 16, 2011, the Parties completed briefing on Plaintiffs' Motion to Remand this action (together with Defendants' Motion, the "Motions");

WHEREAS, the Motions remain pending, with this Court scheduled to hear argument on the Motions on March 13, 2012 at 1:00 P.M.;

WHEREAS, the resolution of either or both of the Motions potentially will divest this Court of jurisdiction over the instant action;

WHEREAS, Plaintiffs and Defendants have conferred and agree that, under the circumstances, deferring the Case Management Conference and submission of a joint Case Management Statement until after the Court has resolved the Motions will conserve resources of the parties and this Court;

THEREFORE, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate as follows:

1. The Parties' initial Case Management Conference shall be rescheduled for a date after the Court's resolution of the Motions that is convenient to the Court;
2. The Parties shall submit a joint Case Management Statement ten (10) days prior to the rescheduled date of the initial Case Management Conference.

DATED: January 27, 2012                         SIDLEY AUSTIN LLP

By: _____/s/ *Andrew W. Stern*_____
Andrew W. Stern

Attorneys for Defendants SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, and APAX PARTNERS

DATED: January 27, 2012                         GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ *Paul J. Collins*_____
Paul J. Collins

Attorneys for Defendant
INTEL CORPORATION

DATED: January 27, 2012                         MILBANK, TWEED, HADLEY & MCCLOY LLP

By: _____/s/ *Jerry L. Marks*_____
Jerry L. Marks

Attorneys for Defendants MORGAN STANLEY & CO. LLC (F/K/A MORGAN STANLEY & CO. INC.), DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC.

DATED: January 27, 2012                         SCOTT & SCOTT LLP

By: _____/s/ *Anne L. Box*_____
Anne L. Box

Attorneys for Plaintiffs
THOMAS E. HARPER and DIANNE KEENE

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew W. Stern

**O R D E R**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: _1/31/12　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　The Honorable Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　United States District Court

---

**STIPULATION AND [PROPOSED] ORDER; CASE NO. 11 CV 5232**
-3-

NY1 7998704v.1