1  SCOTT+SCOTT LLP
   ANNE L. BOX (224354)
2  JOHN T. JASNOCH (281605)
3  707 Broadway, Suite 1000
   San Diego, CA 92101
4  Telephone: (619) 233-4565
   Facsimile: (619) 233-0508
5
      – and –
6
7  Joseph P. Guglielmo
   500 Fifth Avenue, 40th Floor
8  New York, NY 10110
   Telephone: (212) 223-6444
9  Facsimile: (212) 223-6334

10 *Counsel for Plaintiffs Thomas E. Harper
    and Dianne Keene*
11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                   OAKLAND DIVISION

14 THOMAS E. HARPER and DIANNE KEENE,              No. 4:11-cv-05232-SBA
   Individually and On Behalf of All Others Similarly
15 Situated

16                                                 NOTICE OF APPEARANCE OF
                         Plaintiffs,               ATTORNEY JOHN T. JASNOCH
17
         vs.
18
   SMART TECHNOLOGIES INC., DAVID A.
19 MARTIN, NANCY L. KNOWLTON, G.A.
   FITCH, SALIM NATHOO, ARVIND SODHANI,
20 INTEL CORPORATION, APAX PARTNERS,
21 MORGAN STANLEY & CO. INC., DEUTSCHE
   BANK AG, and RBC DOMINION SECURITIES,          Hon. Saundra Brown Armstrong
22 INC.
23
                         Defendants.
24

25
26
27
28
   NOTICE OF APPEARANCE OF ATTORNEY JOHN T. JASNOCH
                                                              4:11-cv-05232

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that John T. Jasnoch (jjasnoch@scott-scott.com) of the law firm of Scott+Scott LLP, 707 Broadway, Suite 1000, San Diego, CA 92101, telephone 619/ 233-4565 enters his appearance as counsel for Plaintiffs.

Dated: February 28, 2012　　　　　　　　　　　　SCOTT+SCOTT LLP

By: _/s/ John T. Jasnoch_
JOHN T. JASNOCH (281605)
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: 619.233.4565
Fax: 619.233.0508

*Counsel for Plaintiffs Thomas E. Harper and Dianne Keene*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ John T. Jasnoch
JOHN T. JASNOCH (281605)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Fax: (213) 985-1278
jjasnoch@scott-scott.com