Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc.,
David A. Martin, Nancy L. Knowlton, G.A. Fitch,
Salim Nathoo, Arvind Sodhani, and Apax Partners*

[Counsel for Additional Parties
Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO FILE RESPONSE TO PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER SUPPORT OF MOTION TO REMAND**<br><br>Pursuant to Local Rule 7-11 |

**DEFENDANTS' ADMINISTRATIVE MOTION; CASE NO. 11 CV 5232 (SBA)**

# ADMINISTRATIVE MOTION

Defendants respectfully request, in accordance with Local Rule 7-11, that the Court permit Defendants to file a response to the Statement of Recent Decision in Further Support of Motion to Remand that Plaintiffs filed in this Court on March 13, 2012.

Defendants hereby certify that they have complied with the Court's Meet and Confer Requirement before filing this Motion. In addition, in accordance with Local Rule 7-11, accompanying this Motion are (1) a proposed order granting Defendants' Administrative Motion, and (2) a declaration that explains why a stipulation could not be obtained.

DATED: April 3, 2012                    SIDLEY AUSTIN LLP

                                        By:      /s/ *Andrew W. Stern*
                                                    Andrew W. Stern

                                        Attorneys for Defendants SMART
                                        TECHNOLOGIES INC., DAVID A. MARTIN,
                                        NANCY L. KNOWLTON, G.A. FITCH,
                                        SALIM NATHOO, ARVIND SODHANI, and
                                        APAX PARTNERS

DATED: April 3, 2012                    GIBSON, DUNN & CRUTCHER LLP

                                        By:      /s/ *Paul J. Collins*
                                                    Paul J. Collins

                                        Attorneys for Defendant
                                        INTEL CORPORATION

DATED: April 3, 2012                    MILBANK, TWEED, HADLEY
                                        & MCCLOY LLP

                                        By:      /s/ *Jerry L. Marks*
                                                    Jerry L. Marks

                                        Attorneys for Defendants MORGAN
                                        STANLEY & CO. LLC (F/K/A MORGAN
                                        STANLEY & CO. INC.), DEUTSCHE BANK
                                        AG, and RBC DOMINION SECURITIES INC.