Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc., David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo, Arvind Sodhani, and Apax Partners*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC,<br><br>Defendants. | Case No. 11 CV 5232 (SBA)<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**DECLARATION OF ANDREW W. STERN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION** |

1   I, Andrew W. Stern, declare as follows:

2   1.   I am a member of the law firm of Sidley Austin LLP, counsel for Defendants SMART Technologies Inc. ("SMART"), Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani.  I have personal knowledge of all facts in this declaration and would, if called upon to do so, testify competently thereto.

6   2.   I make this declaration in support of Defendants' Administrative Motion.

7   3.   On March 13, 2012, Plaintiffs filed with this Court a Statement of Recent Decision in Further Support of Motion To Remand (*See* Docket No. 35).

9   4.   On April 3, 2012, Defendants informed Plaintiffs that they intended to file a motion with the Court requesting permission to file a response to Plaintiffs' filing.  Defendants requested that Plaintiffs consent to the Motion.  Plaintiffs did not consent.  Attached hereto as Exhibit A is a true and correct copy of Defendants' proposed Response to Plaintiffs' Statement of Recent Decision.

13   5.   Additionally, on April 3, 2012, Judge Katherine B. Forrest, who is presiding over *McKenna v. SMART Technologies Inc.*, 11 Civ. 7673, in the Southern District of New York, issued a decision on Defendants' joint motion to dismiss the complaint in that action.  Judge Forrest granted in part and denied in part the motion.  Attached hereto as Exhibit B is a true and correct copy of Judge Forrest's April 3, 2012 decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 3rd day of April, 2012, at New York, New York.

*/s/ Andrew W. Stern*
Andrew W. Stern