Sara B. Brody (SBN 130222)
SIDLEY AUSTIN LLP
555 California Street, 19th Floor
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
sbrody@sidley.com

Andrew W. Stern *(admitted pro hac)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
astern@sidley.com

*Attorneys for Defendants SMART Technologies Inc., Apax Partners, David A. Martin, Nancy L. Knowlton, G.A. Fitch, Salim Nathoo and Arvind Sodhani*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>SMART TECHNOLOGIES INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC.,<br><br>            Defendants. | Case No. 11 CV 5232 (SBA)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>Date:         May 22, 2012<br>Time:         1:00 P.M.<br>Location:    Courtroom 1, 4th Floor<br><br>Hon. Saundra Brown Armstrong |

1   Having considered Defendants' Administrative Motion seeking the Court's approval to file a
2   response to Plaintiffs' Statement of Recent Decision in Further Support of Motion to Remand, the
3   Court grants Defendants' Motion.
4
5   IT IS SO ORDERED.
6
7
8   DATED: _____           _____
                                    THE HON. SAUNDRA BROWN ARMSTRONG
9                                   United States District Court Judge