GIBSON, DUNN & CRUTCHER LLP
JONATHAN C. DICKEY, SBN 088226
jdickey@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

GIBSON, DUNN & CRUTCHER LLP
JENNIFER HALL, SBN 268480
jhall@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS E. HARPER and DIANNE KEENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G. A. FITCH, SALIM NATHOO, ARVIND SODHANI, INTEL CORPORATION, APAX PARTNERS, MORGAN STANLEY & CO. INC., DEUTSCHE BANK AG, and RBC DOMINION SECURITIES INC.,<br><br>Defendants. | Case No.  4:11-cv-05232 SBA<br><br>**NOTICE OF APPEARANCES OF COUNSEL FOR DEFENDANT INTEL CORPORATION** |

PLEASE TAKE NOTICE that attorneys Jonathan C. Dickey and Jennifer A. Hall of Gibson, Dunn & Crutcher LLP hereby enter their appearances as counsel for Defendant Intel Corporation.

Appearing counsel request that all papers in this action be served upon the undersigned at the addresses below:

| | |
|---|---|
| Jonathan C. Dickey<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: jdickey@gibsondunn.com | Jennifer A. Hall<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: (650) 849-5300<br>Facsimile: (650) 849-5333<br>Email: jhall@gibsondunn.com |

DATED: September 11, 2012

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Jennifer A. Hall*
           Jennifer A. Hall

Attorneys for Defendant
INTEL CORPORATION

## **DECLARATION OF SERVICE**

I, Michelle Mangiardi, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of 18 years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California 94304, in said County and State. On September 11, 2012, I served the within:

**NOTICE OF APPEARANCES OF COUNSEL FOR DEFENDANT INTEL CORPORATION**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by the undersigned on September 11, 2012, at Palo Alto, California.

                                            /s/ *Michelle Mangiardi*
                                            MICHELLE MANGIARDI