**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street, Suite 400 South**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

October 16, 2012

Clerk of the Court,  
Superior Court of California, County of San Francisco  
400 McAllister Street  
San Francisco, CA 94102

RE:  CV 11-05232 SBA    THOMAS E. HARPER-v-SMART TECHNOLOGIES  
        Your Case Number: (CGC11-514673)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

      (X)    Certified copies of docket entries

      (X)    Certified copies of Remand Order

      ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by:  Jessie Mosley  
      Case Systems Administrator

Enclosures  
Copies to counsel of record

NDC TR-5  Rev. 7/92  
o:\mrg\civil\remand.mrg