**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk
  510.637.3530

***AMENDED***

General Court Number

October 16, 2012

Clerk of the Court,
Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE:  CV 11-05232 SBA    THOMAS E. HARPER-v-SMART TECHNOLOGIES
        Your Case Number: (CGC11-514673)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                by: _____
                    Jessie Mosley
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg