UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street, Suite 400 South
Oakland, California 94612

www.cand.uscourts.gov

**\*\*\*AMENDED\*\*\***

Richard W. Wieking
Clerk
510.637.3530

General Court Number

FILED
OCT 24 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

October 16, 2012

Clerk of the Court,
Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, CA 94102

RE: <u>CV 11-05232 SBA   THOMAS E. HARPER-v-SMART TECHNOLOGIES</u>
      Your Case Number: <u>(CGC11-514673)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *[signature]*
     Jessie Mosley
     Case Systems Administrator

Enclosures
Copies to counsel of record

ENDORSED
FILED
Superior Court of California
County of San Francisco

OCT 18 2012

CLERK OF THE COURT
BY: WESLEY _____

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg